■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKEY MACK, Appellant. [952 NYS2d 452]—

A motion to withdraw a plea of guilty is addressed to the sound discretion of the court (*see* CPL 220.60 [3]; *People v Seeber*, 4 NY3d 780 [2005]). Contrary to the defendant's contention, the County Court providently exercised its discretion in denying his motion to withdraw his plea of guilty (*see People v Sloane*, 13 AD3d 400 [2004]). Dillon, J.P., Hall, Roman and Cohen, JJ., concur.